IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL SHINE, TONY ELLIS, and LEWIS THOMAS,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **Case No. 2:18-CV-2093-CLM** |
| **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA,** ) ) ) ) | |
| **Defendant.** ) | |

## FINAL ORDER

For the reasons stated in the three memorandum opinions entered today (docs. 85, 86, 87), the Court **GRANTS** UAB's motions for summary judgment (docs. 63, 64, 65) and dismisses the plaintiffs' complaint (doc. 32) **WITH PREJUDICE**.

Costs taxed against the Michael Shine, Tony Ellis, and Lewis Thomas.

The Court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** on December 30, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE