In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-10333

_____

MICHAEL SHINE,

                                  Plaintiff-Appellant,

*versus*

UNIVERSITY OF ALABAMA - BIRMINGHAM,

                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:18-cv-02093-CLM

_____

JUDGMENT

ISSUED AS MANDATE: 02/28/2023

2                                                                                                  22-10333

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 30, 2023

For the Court: DAVID J. SMITH, Clerk of Court